IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HARRISON DIVISION

SUSAN RABONE                                                        PLAINTIFF

v.                      No. 3:09-CV-03027-RTD

DOLGENCORP, INC.                                                    DEFENDANT

## **O R D E R**

NOW on this 23rd day of February, 2010, there comes on for consideration the above-styled cause. IT APPEARING to the court that the matter has been settled, counsel for the parties having so advised the court, it is ORDERED that Plaintiff's Second Amended Complaint is dismissed with prejudice, subject to the terms of the settlement agreement. Each party is to bear its own costs of court.

If any party desires to make the terms of settlement a part of the record herein, those terms should be reduced to writing and filed with the court within thirty (30) days from the file date of this order. The court retains jurisdiction to vacate this order and to reopen the action upon cause shown that settlement has not been completed and that a party wishes this court to enforce the settlement agreement specifically.

/s/ Robert T. Dawson
**HONORABLE ROBERT T. DAWSON**
**UNITED STATES DISTRICT JUDGE**